**In re Tarireef WHITE, Petitioner.**

No. 12–3603.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
Nov. 2, 2012.

Opinion filed: April 16, 2013.

Tarireef White, Fairton, NJ, pro se.

Michelle E. Whalen, Esq., Office of United States Attorney, Wilmington, DE, for United States of America.

Before: McKEE, Chief Judge,
ALDISERT and BARRY, Circuit Judges.

## OPINION

PER CURIAM.

Petitioner Tarireef White filed a petition for writ of mandamus on September 27, 2012, asking us to order the District Court to render a decision on his motion to vacate his sentence under 28 U.S.C. § 2255.

By order entered on March 18, 2013, the District Court dismissed White's § 2255 motion and declined to issue a certificate of appealability. Because White has now received the relief he requested in his mandamus petition—a decision on his § 2255 motion—we will deny his mandamus petition as moot. *See Blanciak v. Allegheny Ludlum Corp.,* 77 F.3d 690, 698–99 (3d Cir.1996).